**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DENNIS J. CURTIS, | No. C 06-7345 WHA (PR) |
| Plaintiff, | **ORDER OF DISMISSAL** |
| v. | |
| SANTA CLARA DEPARTMENT OF CORRECTION, et al., | |
| Defendants. / | |

This is a civil rights case filed pro se by a state prisoner. In the order granting leave to proceed in forma pauperis plaintiff was ordered to pay an initial partial filing fee of $1.10 within thirty days. *See* 28 U.S.C. 1915(b)(1). He was warned that if he did not do so the case would be dismissed.

Plaintiff has not paid the initial partial filing fee and the time to do so has long since expired. This case therefore is **DISMISSED** without prejudice. The clerk shall close the file.

**IT IS SO ORDERED.**

Dated: August   27  , 2007.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE

G:\PRO-SE\WHA\CR.06\CURTIS345.DSM-IFP.wpd